PD-1498-15

PD No:_____

PD-1498-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/17/2015 5:46:55 PM
Accepted 11/18/2015 3:05:49 PM
ABEL ACOSTA
CLERK

TONY ESCOBAR

VS.

STATE OF TEXAS

IN THE TEXAS COURT

OF CRIMINAL APPEALS

AUSTIN, TEXAS

### MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Appellant, Tony Escobar, by and through the undersigned attorney, and files this Motion for Extension of Time to File Appellant's Petition for Discretionary Review, and in support thereof would show:

I.

Appellant was convicted of capital murder and sentenced to life in the Texas Department of Criminal Justice - Institutional Division. The trial court was the 338th District Court of Harris County, Texas. The trial court cause number was 1344348. On October 29, 2015, the First Court of Appeals in Houston, Texas, affirmed appellant's conviction in appellate cause number 01-14-00593-CR.

II.

The current deadline for filing appellant's petition for discretionary review is November 30, 2015.

III.

No previous extension of time to file a petition for discretionary review has been requested by appellant.

IV.

The undersigned visited Appellant at the Connally Unit in Kenedy, Texas, to discuss the Opinion issued by the First Court of Appeals. Additional time is needed for the undersigned to evaluate the potential issues to be presented to this Court on petition for discretionary review. The undersigned is also requesting this extension due to trial and appellate scheduling conflicts which prevent him from completing a petition for discretionary review by the current due date.

V.

Appellant is requesting an extension until December 28, 2015 in which to file a petition for discretionary review in this matter

VI.

This request is not made for the purpose of delay but to insure Appellant's right to appellate review in this matter.

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the Court will grant this Motion for Extension of Time to File Appellant's Petition for Discretionary Review until December 28, 2015.

Respectfully submitted,

Wayne T. Hill
SBOT: 09656300
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
Tel: (713) 623-8312
Fax: (713) 626-0182
email: wthlaw@aol.com

BEFORE ME, the undersigned authority, on this day personally appeared Wayne T. Hill, who after being duly sworn by me, upon his oath did state that the information contained in the above Motion for extension of Time is true and correct. (11-17-2015)

_Sylvia Huron Reed_
Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

A true and correct copy of this motion will be delivered to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin, 6th Floor
Houston, Texas 77002

_Wayne T. Hill_
Wayne T. Hill